UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
<u>CHAPTER 13 PLAN (Individual Adjustment of Debts)</u>
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jairo A. Guzman          JOINT DEBTOR: _____          CASE NO.: 17-19300
Last Four Digits of SS# 2055     Last Four Digits of SS# _____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __144.52__ for months __1__ to __60__ ;
B.  $ _____ for months _____ to _____ ;
C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:    Attorney's Fee -$ 3,500.00 +150.00 Costs = $3,650.00   TOTAL PAID $ 861.00
                   Balance Due - $ 2,789.00 payable $ 126.77 /month (Months 1 to 22) J.G.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____          Arrearage on Petition Date    $ _____
Address: _____         Arrears Payment  $ ____/month (Months ___ to ___)
_____          Regular Payment  $ ____/month (Months ___ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____         Total Due $ _____
                             Payable $ _____ /month (Months _____ to _____)

Unsecured Creditors: Pay $ 3.30 month (Months 1 to 22 ), $ 130.07 month (Months 23 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Santander Consumer USA (2012 Kia Sorento), Being paid outside chapter 13 plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Debtor
Date: July 25/2017

LF-31 (rev. 01/08/10)